UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                            :

EDWIN DIAZ,

                Plaintiff,                    ORDER

      -v.-

                                                18 Civ. 9421 (PAE) (GWG)

AKRIS, INC.,

               Defendant.
-------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      Discovery having closed in this matter, and the deadline for seeking permission to make summary judgment motions having expired, it is hereby ORDERED that the pretrial submissions required by Judge Engelmayer's Individual Practices (Section 5) shall be filed <u>on or before December 20, 2019</u>.

Dated: New York, New York
        December 13, 2019

                                              SO ORDERED:

                                              GABRIEL W. GORENSTEIN
                                              United States Magistrate Judge