UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWIN DIAZ, on behalf of himself and all others similarly situated,

Plaintiffs,

-against-

AKRIS, INC.,

Defendant.

Case No. 1:18-cv-09421-PAE
**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:  Brooklyn, New York
        January 20, 2020

By: _____
Joseph H. Mizrahi, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Fl.
Brooklyn, New York 11201
joseph@cml.legal
*Attorneys for Plaintiff*

By: _____
John E. MacDonald, Esq.
Constangy, Brooks, Smith & Prophete, LLP
989 Lenox Drive, Suite 206
Lawrenceville, NJ 08648
jmacdonald@constangy.com
*Attorneys for Defendant*